UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO BLANCO,<br><br>　　　　Petitioner<br><br>　　v.<br><br>SCOTT KERNAN,<br><br>　　　　Respondent. | Case No. CV 17-1448-MWF (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition ("Petition"), Respondent's Motion to Dismiss the Petition [Dkt. 8, "Motion"], all pleadings and other documents filed in this action, and the Amended Report and Recommendation of United States Magistrate Judge (Dkt. 19, "Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Motion is GRANTED; (2) the unexhausted claims alleged in the Petition – Ground One, Ground Two, Subclaim One of Ground Three, and Ground Four – are dismissed without prejudice; (3) the Petition is deemed to be amended to consist

solely of Subclaim Two of Ground Three; and (4) Respondent shall file and serve an Answer to the Petition, as so amended, and lodge the remaining pertinent portions of the state record within sixty (60) days of this Order.

**IT IS SO ORDERED**.

DATE: October 3, 2017

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE