UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ISIDRO BLANCO, | Case No. 2:17-cv-01448-MWF (GJS) |
|---|---|
| Petitioner | |
| v. | **JUDGMENT** |
| SCOTT KERNAN, Director of CDCR, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: December 19, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE